# EXHIBIT 4A

# DANIEL DROR'S DISCLOSURES TO GABRIELA KRKOSKOVA DROR

- I am Daniel Dror

- I need a lot of space, and I'm not easy to live with

- 1412 North Blvd home and contents are owned by Daniel Dror II

- I have a little temper which subsides fairly quickly

- I travel on business

- I do not make or like long telephone conversations

- I am much older than you, and I think more experienced, therefore, I believe you should listen to me more often

- I have many friends and acquaintances who I have known for many years who you should at least respect my relationships with them (except for Carolyn Farb)

- I work hard

- I love you and our son, David Alexander, very much and please do not give me a hard time

- I don't cheat

Received by: _____
Gabriela Krkoskova Dror
on January 25, 2005