# EXHIBIT 4B

20080384108
07/23/2008 RP3 $20.00

Page 1 of 2    Saturday, July 23, 2022    County Clerk Harris County, Texas

RP 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

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## GENERAL WARRANTY DEED

| | |
|---|---|
| THE STATE OF TEXAS § | |
| | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF HARRIS § | |

THAT THE UNDERSIGNED, **Daniel Dror, II**, a single person ("**Grantor**"), for and in consideration of the sum of TEN DOLLARS ($10.00) cash, and other good and valuable consideration in hand paid by **Daniel Dror** ("**Grantee**"), the receipt and sufficiency of which is hereby fully acknowledged and confessed, has GRANTED, SOLD and CONVEYED, and by these presents does hereby GRANT, SELL and CONVEY unto **Grantee**, a life estate in and the exclusive right to occupy until his death the following described property, to-wit:

> Lot Ten (10), of BROADACRES, a subdivision in the City of Houston, Harris County, Texas, according to the map thereof, recorded in Volume 526, Page 497 of the Deed Records of Harris County, Texas, and being the same tract described in Deed dated January 31, 1923, from Guardian Trust Company to Alice Baker Jones, recorded in Volume 524, Page 537 of the Deed Records of Harris County, Texas, which property is known locally as 1412 North Boulevard, Houston, Texas, in addition to the above Lot Ten (10), an undivided 1/25th interest in Broadacres Park, which park is owned and held by the Owners of residential property in Broadacres Subdivision (herein called "Property").

PROVIDED, however, that there is hereby reserved unto Grantee and his assigns the full possession, benefit and use of the Property to Mrs. Gabriela Krkoskova Dror for a period of one year after the death of Grantee. This reservation shall terminate one year after the death of the Grantee or in the event of a divorce between Grantee and Mrs. Dror, this reservation shall terminate 60 days after the divorce is final (whichever may occur first).

This conveyance is made and accepted subject to any and all validly existing encumbrances, conditions and restrictions, relating to the hereinabove described Property as now reflected by the records of the County Clerk of Harris County, Texas.

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in anywise belonging unto the said Grantee, his heirs, executors and administrators forever. And Grantor does hereby bind himself, his heirs, executors




and administrators, to WARRANT AND FOREVER DEFEND all and singular the said premises unto the said Grantee, his heirs, executors and administrators, against every person whomsoever claiming or to claim the same or any part thereof.

But, it is expressly stipulated that this conveyance is a conveyance of title for the life of Grantee and that upon Grantee's death, title to the subject Property shall automatically revert to Grantor. During the life of Grantee, as a condition of occupancy all mortgages, maintenance, the payment of taxes and all other obligations related to the Property or the ownership of the Property shall be borne by Grantee.

EXECUTED this 1st day of January, 2008.

_____
DANIEL DROR, II

THE STATE OF TEXAS    §

COUNTY OF HARRIS     §

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts additions and changes were present at the time the instrument was filed and recorded.

This instrument was acknowledged before me on this the 1st day of January, 2008, by DANIEL DROR, II.


JENNIFER LYNN SANCHEZ
Notary Public, State of Texas
My Commission Expires
September 09, 2009

_Jennifer Lynn Sanchez_
NOTARY PUBLIC State of Texas

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED, in the Official Public Records of Real Property of Harris County, Texas on

**GRANTEE ADDRESS:**

Daniel Dror
1412 North Blvd.
Houston, TX 77006-6326

Ret to ✓✓
Daniel Dror
601 Cien Street, Ste 235
Kemah TX 77565



JUL 2 3 2008

_Beverly B. Kaufman_
COUNTY CLERK
HARRIS COUNTY, TEXAS

FILED FOR RECORD
8:00 AM

JUL 2 3 2008

_Beverly B. Kaufman_
County Clerk, Harris County, Texas




2



I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.

Witness my official hand and seal of office
This July 23, 2022

*Teneshia Hudspeth*
Teneshia Hudspeth, County Clerk
Harris County, Texas

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

