IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: DANIEL DROR'S ESTATE | § <br> § | CASE NO. 23-30999 <br> (CHAPTER 11) |

## ORDER GRANTING DANIEL DROR, II'S EMERGENCY MOTION TO DISMISS BANKRUPTCY

Came on for consideration and emergency hearing the Emergency Motion of Daniel Dror II to Dismiss the above-captioned case. After reviewing the evidence and the argument of counsel, the Court concludes that the emergency relief requested should be granted. With no further notice being required, it is accordingly

**ORDERED THAT:**

The above-captioned case is dismissed.

Signed on _____, 2023.

_____
JUDGE JEFFREY P. NORMAN